UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CHARLES HARRIS,

               Petitioner,

   v.

STATE OF WASHINGTON,

               Respondent.

CASE NO. 3:16-CV-05716-BHS-DWC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

     This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

     Dated this 29th day of August, 2016.

                                                 David W. Christel
                                             United States Magistrate Judge