16-UNITED STATES DISTRICT COURT<br>
WESTERN DISTRICT OF WASHINGTON<br>
AT TACOMA

RAY CHARLES HARRIS,

           Petitioner,

v.

JEFFREY UTTECHT,

           Respondent.

CASE NO. C16-5716 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 31. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 7) is **DISMISSED** for lack of jurisdiction;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 7th day of December, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER